UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:23-CR-26-01 |
| SHANE BURNS | : | (JUDGE MANNION) |
| Defendant | : | |

### O R D E R

The parties shall have until **May 24, 2024** to file any Pretrial Motions and Motions *in Limine* in this case.

Jury Selection and Trial are scheduled for **Tuesday, May 28, 2024 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

*s/Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

**Dated: May 14, 2024**
23-26-38 Burns