# EXHIBIT "A"

William Patrick Burns
6521 East Thunderbird Road
Scottsdale, AZ 85254

March 2, 2025

The Honorable Malachy E. Mannion
United States District Court Judge
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA 18503

Re:     United States v. Shane Burns 3:23-CR-00026

Dear Honorable Judge Mannion,

I am writing this letter as a character reference for my son, Shane Killian Burns, who is currently facing sentencing in your court. As his father, I wish to provide some insight into his character and the person he truly is beyond the circumstances that bring him before the court today.

I recognize the seriousness of the situation and do not minimize the gravity of the offense.

From a young age, Shane showed initiative by wanting to help in the family business for an hourly wage. These same qualities of determination and resourcefulness can be channeled positively. I believe he recognizes that now.

Family has always been of paramount importance to Shane. Despite his troubles, he has consistently made every effort to be present and involved in family events and milestones. His commitment to maintaining these bonds is what gives me the hope that he will choose to side with good conduct and healthy behavior.

For the past two and a half years since his incarceration, I have spoken with Shane multiple times every week. Through these conversations, I have witnessed a transformation in him. His remorse for the crimes he committed has been evident from the beginning, but it has continued to deepen as he matures and gains perspective on the consequences of his actions, both for society and for our family.

This growing sense of remorse and responsibility reached a particularly painful milestone in December 2024 when his grandmother passed away. Being unable to properly mourn with his family during this time of loss was a devastating reality check for him. This experience brought home to him in the most personal way the true cost of his choices and the precious family moments that cannot be reclaimed. He spoke to me about how this loss made him realize even more deeply the anguish he has created for our family through his actions.

Though Shane completed his high school education, he has expressed a sincere desire to further his education by pursuing a bachelor's degree during his incarceration. This ambition reflects his recognition that education is key to transforming his future and represents a concrete step toward rehabilitation and personal growth.

I have observed genuine change in my son over these past two and a half years. The conversations we have now are markedly different from those we had before his incarceration. He speaks with clarity about taking responsibility for his actions and shows a depth of understanding about how his choices have affected others that demonstrates significant emotional and moral growth.

Looking toward the future, Shane has begun developing a concrete plan for when he completes his sentence. He has a support network of family members, including myself, who are committed to helping him implement this plan and supporting his efforts to build a law-abiding life.

Shane has the potential to redirect his natural drive and determination toward becoming a productive member of society. He recognizes that it is now up to him to accept his behavior.

Thank you for taking the time to consider this letter.

Respectfully,

William Patrick Burns