# EXHIBIT "B"

Kathleen Burns
5809 E. Ludlow Dr.
Scottsdale, AZ 85254

March 2, 2025

The Honorable Malachy E. Mannion
United States District Court Judge
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N Washington Avenue
Scranton, PA 18503

Regarding: U.S.—v—Burns Case 3:23-cr-00026

Dear Judge Mannion,

As Shane's mother, I have watched him make harmful, life-altering decisions and have felt powerless to prevent them. Decisions that as a teen and young man in his twenties would have a severe impact on the rest of his life. I know that Shane's actions have brought us to this point, however, I ask that you consider his past, his struggles, and his desire for change when determining his sentence.

From an early age, Shane was always full of energy, and while that could be a source of joy, it also made it difficult to keep him on track. Teachers first suggested that Shane be tested for ADD when he was in kindergarten, and by second grade, we worked with his school to create an Individualized Education Program (IEP) to help him manage his energy. In sixth grade he began taking medication for his ADD diagnosis which helped improve his focus and behavior, but this progress was short-lived. In middle school his father and I divorced. While he had tremendous support from his extended family, he still struggled emotionally when his father moved out. He stopped taking his medication and turned to marijuana to self-medicate, which led to him selling drugs. This behavior wasn't acceptable to his father or myself and ultimately resulted in him being asked to leave our homes at the age of 17. Despite this, he understood the importance of education, and continued attending high school and even made it through to graduation.

By the time Shane was 18, he was arrested and at 19, he wassentenced to two and a half years in prison. While in prison, Shane attempted to take college courses and work on himself. More importantly, during this time, Shane began to repair his relationships with his family. He recognized that, even when his friends were no longer there for him, his family remained supportive, offering encouragement and love. His release in May 2020 was highly anticipated by all of us, and we were hopeful that Shane would continue to grow and change.

Just before his release, Shane's youngest brother, Aidan, was diagnosed with leukemia. The treatments, including chemotherapy and Car-T cell therapy, were not working, and Aidan eventually needed a bone marrow transplant. For six months, Aidan was in Phoenix Children's Hospital, and during this incredibly difficult time, Shane turned to his friends and began selling drugs again.

I know Shane is still a young man who is very much in need of guidance, support, and positive influences. I am also aware that the prison system does not typically foster an environment conducive to positive change and rehabilitation. However, despite the circumstances, over the past 27 months since

Shane has been incarcerated, I have seen many positive changes. I have had many deep and difficult conversations with Shane about his choices, the pain he has caused, and the remorse he feels. He is taking responsibility for his actions, and I believe he is committed to building a better future for himself.

I have watched Shane mature and grow emotionally. I see a young man who is deeply regretful of the path he had chosen. Shane is now sober, and he has completed his associate's degree while in detention in Arizona. He has shared his plans to continue his education and repay the money that has been spent on attorneys and other expenses related to his mistakes.

Watching Shane make these positive changes has been one of the most hopeful experiences of my life, yet it has also been one of the most difficult. I have asked myself many times: Which is more painful? Watching my son make harmful, life-altering decisions and feeling powerless to stop him, or seeing him now make positive strides, only to watch the punishment he faces as he is sentenced in this courtroom?

I am not asking for leniency to avoid consequences for Shane's actions. I understand that he must be held accountable for his decisions. However, I ask that you consider the young man he is becoming—a man who is taking responsibility for his mistakes, who is actively working towards change, and who wants to make himself and his family proud. Shane's story is not one of a person who has given up on himself, but rather one of someone who has hit rock bottom and is determined to rise again.

Please consider Shane's age, the emotional trauma he has experienced, his family's support to help him succeed and his genuine desire to make things right when determining his sentence. I ask for your compassion and leniency, as I believe Shane has the potential to do great things in his future if given the chance.

Humbly Submitted,

Kathleen Burns