# EXHIBIT "C"

The Honorable Malachy E. Mannion
United States District Court Judge
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re: U.S.—v—Burns Case 3:23-cr-00026

Dear Judge Mannion,

    I am Shane Burns' youngest brother, currently studying Biomedical Sciences in my third year at Northern Arizona University. I am writing this letter to tell you about my older brother, Shane. As the youngest brother, I was constantly seeing a plethora of bad examples set by Shane, along with general antagonizing and teasing that created a divide between us in my early teenage years. After Shane moved out and started living on his own, I felt as if he recognized the divide that grew between us wasn't the relationship he wanted with his brothers and I saw him work hard to reconnect with me as a brother. I saw his effort as genuine and an attempt to right the wrongs that created the divide in the first place. One of the things that meant the most to me and what made the connection stick was the switch from the big brother who tried to get amusement out of his little brother to the big brother who tried to entertain and connect with his little brother. As time went on, I realized that if it were not for him and the changes that he made to become a better brother, we would not have the same relationship that I currently have with him.

    While Shane has been in jail, I have seen the same fierce determination to better his life that I saw when he was working at trying to regain my trust and become a better brother. Once or twice a week he takes time to call me and talk about both of our days and vent about the struggles that he and I go through while going through college classes. While it seems like a normal conversation, the past couple of years have been the first time that he has talked to me about his schooling and the struggles of trying to finish classes online. While he does talk about struggles of classes, he also talks about the excitement that comes with knowing that by getting his Associates degree, and then his Bachelor's degree, he will be able to move on and get to do work in areas that have meaning to his life.

    The progress that Shane has shown to me in his work toward a stable career and life, reminds me of the work that he as done once before that changed how he acted as a brother to me and how he was able to rebuild the relationship that was once missing between us. The voice that I have picked up this current stay in custody compared to last has been a dramatic difference. I have heard the sorrow and regret for the things that he has done and also about the things that he should have done but didn't. Compared to his first stay, Shane has shown now that he is beginning a different life. Although he has more to overcome in the future, I am certain that the person that he has become within the past 2 years will only continue to learn and grow from this point instead of getting swept up in old habits. Along with an extensive support system from his

family, I believe he realizes that it is his task to accept the wrongfulness of his behavior and to work daily to make amends.

Respectfully,

Aidan Burns