# EXHIBIT "D"

July 15, 2025

The Honorable Malachy E. Mannion
United States District Court Judge
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re:  United States v. Shane Burns Case 3:23-cr-00026

Dear Judge Mannion,

    I am writing to you as Shane Burns' younger brother to express my concern and respectfully request leniency in his sentencing. As a teenager, a close friend of mine was impacted by the opioid crisis, and the effect it had on them remains a haunting memory. As a result, I understand the severity of Shane's actions, and I do not seem to minimize its impact.

    Shane deserves to be held accountable for his past actions. However, I also believe that he deserves an opportunity for rehabilitation and a chance to prove that he can become a positive, contributing member of society. I recently graduated from Northern Arizona University, and I currently work as an elementary school music teacher in Arizona. In my line of work, I believe in giving people—especially young people—multiple chances to improve.

    Our family really cares for him, and we are committed to helping him succeed. We understand the importance of providing guidance and encouragement, and we want to be there for Shane as he turns his life around. This support network is something he did not have the first time around and I believe it will make all the difference this time.

    I have witnessed a noticeable shift in Shane's attitude and actions. He has shown genuine remorse for his past actions and has taken steps to better himself. His actions were wrong. He understandably will face significant consequences. I believe Shane has shown a true desire for change. He has begun to rehabilitate and make a meaningful contribution to society.

Highest Regards,

Liam Burns