# EXHIBIT "E"

# LACKAWANNA COUNTY PRISON
### 1371 North Washington Avenue
### Scranton, Pennsylvania 18509
### 570.963.6639(p)
### 570.496.1745(f)



Warden:                    Timothy M. Betti

---

July 27, 2025

Your Honor,

I am writing this letter regarding the character of Mr. Shane Burns. My name is Michelle Barnard. I am a Corrections Counselor at Lackawanna County Prison.

Mr. Burns has been an inmate at our facility for nearly eight months. His behavior at the facility was appropriate enough that he was able to obtain a job in a relatively short time. He is currently employed as a Block Worker in the facility. This job has numerous duties involved and Mr. Burns manages to conquer them daily while maintaining a polite and respectful attitude. He takes pride in his work and appreciates the opportunity to have this position.

Mr. Burns, while incarcerated, utilizes his time wisely by attending various programs offered at the facility as well as his tablet. I have attached copies of his certificates for your review.

I cannot speak to Mr. Burns' actions on the outside or to the reason(s) he is before you for sentencing, but I appreciate the opportunity to inform you of his behaviors and actions while at our facility.

I would ask the courts to consider these factors when Mr. Burns is before you and I thank you once again for your time.

Best regards,

*Michelle Barnard*

Michelle Barnard
Corrections Counselor