# EXHIBIT "F"



July 11, 2025

To Whom It May Concern,

This letter will serve as confirmation that while incarcerated at Lackawanna County Prison (LCP), Shane Burns has been participating in educational programming provided by Outreach. Shane attends Outreach Drug & Alcohol education classes. Drug & Alcohol programming encourages participants to learn about the impact of substance use (self, family, friends, community), reflect on personal use, and consider risk reduction strategies. The goal is to consider what the potential risks are for current behavior and how to modify behavior to reduce risk of negative consequences. Shane has also completed Life Skills Reentry classes and earned a certificate in Reentry/Life After Incarceration while at LCP and continues to attend Life Skills classes.

Shane has completed work assigned and has good insight into his difficult life issues. Shane has contributed to group discussions, and is open and willing to share his own experiences and insights with peers. He appears driven and committed to better himself and his life situation.

Should you have any questions regarding Shane's participation in programming, please do not hesitate to call me.

Sincerely,

John Duffy, MSW
LCP Program Instructor

431 North 7th Avenue | Scranton, PA 18503
P: (570) 348-6484 | F: (570) 348-6492 | OutreachWorks.org

MOVING TODAY'S FAMILIES FORWARD.