# EXHIBIT "G"

Your Honor,

I apologize to those to whom I sold drugs. Families were ruined. I know saying sorry doesn't fix what I did. I was creating drug addicts, getting people sent to prison, and destroying their families and the people around them.

I am deeply ashamed for what Christina Patacky-Beghin and her family have gone through. I love her. She trusted me and I betrayed that trust by getting her involved in my crimes. There's no excuse for what I did to her.

This is not my first arrest - it is my fourth. When I was 18 and most of my friends were starting college, I went to prison. I did not use that time to change anything about myself. When I was released at the start of Covid, my youngest brother Aidan was diagnosed with leukemia. When my family needed me most, I chose drugs instead of being there for them. Because I did not change, I ended up right back in prison.

I ask myself how I can do this over and over again. Primarily it is greed. I have prioritized my wants above the law and the welfare of others. I used to tell myself I was helping people make money by selling drugs, but really, I was hurting everyone I met.  When I first started selling, I did so for attention and acceptance, but greed became the continual force that kept me selling.

In the past six months my stepfather, grandmother and aunt have died and I couldn't be there to say goodbye. Losing them taught me what it means to miss important moments in life. I realized how many graduations, weddings, and births I robbed from people hooked on drugs I sold. I stole these moments from so many families.

I am also sorry to my family for letting them down again. I am sober for the first extended period in my life, and this sobriety has allowed me to address the root causes of my greed and feelings of worthlessness. During my detention in Arizona, I completed my associate's degree, something that felt impossible before, and helped implement a college program for other detainees. I plan to get a bachelor's degree in construction management and an electrician's license while in prison. I know finding work will be hard with my record, but I'm focusing on trades that are more likely to hire me.

Ultimately, it's up to me to follow the law. I know I need to use this time to change.  I need to be a productive member in prison just as I would when I get out by respecting others and working honestly. I'm currently working as a trustee on the honor block, cleaning showers and floors and handing out trays and tablets.

I'm now facing a significant sentence, and I know it's because of the choices I made. I have caused so much harm, and I understand that I deserve to be punished. I am prepared for Your Honor's sentence.

                                            Respectfully submitted,

                                            Shane K. Burns