# EXHIBIT "H"



# This certifies that

# Shane Burns

Has completed the course and study prescribed by the Maricopa County Community College District Governing Board and is awarded this

# Associate in Arts

Given in the month of December, two thousand twenty-three

_Kate Smith_
President of the College

_Laurel Redman_
Director of Student Services

_Linda M. Thor_
Governing Board President

_Maria Harper-Marinick_
Chancellor