# EXHIBIT "I"

# COLUMBIA COUNTY PRISON

### THIS CERTIFIES THAT
### SHANE BURNS

Has Successfully Completed Money, Banking and
Measurements, and is hereby awarded this

# CERTIFICATE OF COMPLETION

Dated this October 16, 2024

Warden

Instructor