# EXHIBIT "J"

# COLUMBIA COUNTY PRISON

THIS CERTIFIES THAT

SHANE BURNS

Has Successfully Completed Pennsylvania History and Geography, and is hereby awarded this

# CERTIFICATE OF COMPLETION

Dated this November 12, 2024, 2024

Warden

Instructor