# EXHIBIT "K"

# COLUMBIA COUNTY PRISON

THIS CERTIFIES THAT

SHANE BURNS

Has Successfully Completed Reading and Comprehension,
and is hereby awarded this

# CERTIFICATE OF COMPLETION

Dated this December 11, 2024



Warden

Instructor