# EXHIBIT "L"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

## Drug & Alcohol Education

Topics: Addiction & Recovery, Cognitive Distortions, Tactics, Thinking Errors, Accepting Responsibility, Choices and Consequences, Triggers

*Completed 9 hours of Educational Programing*



Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

*Lori Chaffers*
Lori Chaffers, MSW
Outreach Executive Director

John Duffy, MSW
Drug & Alcohol Instructor

May 2, 2025