# EXHIBIT "M"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### Healthy Relationships

To gain insight into healthy and appropriate relationships, to learn different types of relationships with loved ones and family, to become more aware of, as well as encourage, positive behavior in relationships, and to communicate more effectively and handle conflict appropriately.

*Completed 7.5 hours of Educational Programming*

outreach
CENTER FOR COMMUNITY RESOURCES

Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

_Lori Chaffers_   May 8, 2025
Lori Chaffers, MSW
Outreach Executive Director

Jennifer Shoemaker
LEAD Program Manager