# EXHIBIT "N"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### Reentry/Building Life After Incarceration

*To gain insight into building a strong support network, addressing practical needs including housing, employment and managing finances; promoting personal growth and development including mental health and recovery; understand federal bonding and pardons.*

### Completed 7.5 hours of Educational Programming



Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

_Lori Chaffers_     July 3, 2025
Lori Chaffers, MSW
Outreach Executive Director

Jennifer Shoemaker
LEAD Program Manager