# EXHIBIT "O"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### Drug and Alcohol Education

Topics: Addiction & Recovery, Cognitive Distortions, Tactics, Thinking Errors, Accepting Responsibility, Choices and Consequences, Triggers

*Completed 9 hours of Educational Programming*



*Lori Chaffers*    July 11, 2025
Lori Chaffers, MSW
Outreach Executive Director

*J. Duffy*
John Duffy, MSW
Drug and Alcohol Instructor

Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484