# EXHIBIT "P"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### *Parenting*

*To gain insight into healthy reunification with children and family, develop insight into childcare, discipline, co-parenting, and other parenting/childcare issues, learn skills to improve communication/relationship with child, gain knowledge about community services available to help and support family.*

*Completed 6 hours of Educational Programming*



*Lori Chaffers*                                    August 14, 2025

Lori Chaffers, MSW
Outreach Executive Director

Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

Jennifer Shoemaker
Criminal Justice and Reentry Program Manager