# EXHIBIT "Q"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### Drug and Alcohol Education

*Topics: Addiction & Recovery, Cognitive Distortions, Tactics, Thinking Errors, Accepting Responsibility, Choices and Consequences, Triggers*

*Completed 9 hours of Educational Programming*



*Lori Chaffers*
Lori Chaffers, MSW
Outreach Executive Director

August 29, 2025

Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

*J. Duffy*
John Duffy, MSW
Drug and Alcohol Instructor