# EXHIBIT "R"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### *Anger Management*

*To gain insight into identifying anger triggers and appropriate responses to managing anger; learn techniques to diminish internalized anger; to apply anger management resolution to everyday life; demonstrate anger frustration management techniques; understand appropriate conflict resolution.*

Completed 7.5 hours of Educational Programming

*Lori Chaffers*      October 2, 2025
Lori Chaffers, MSW
Outreach Executive Director

Jennifer Shoemaker
Criminal Justice and Reentry Program Manager



Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484