# EXHIBIT "S"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### *Drug and Alcohol Education*

*Topics: Addiction & Recovery, Cognitive Distortions, Tactics, Thinking Errors, Accepting Responsibility, Choices and Consequences, Triggers*

*Completed 9 hours of Educational Programming*

_____  November 07, 2025
Lori Chaffers, MSW
Outreach Executive Director

_____
John Duffy, MSW
Drug and Alcohol Instructor



Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484