# EXHIBIT "T"

# Certificate of Achievement

This certifies that

## Shane Burns

Has participated with distinction in

### *Emotional Intelligence*

*To gain insight into identifying the ability to identify, understand, and manage one's own emotions, as well as recognize and influence the emotions of others. It involves self-awareness, self-regulation, motivation, empathy, and social skills, and it helps individuals cope with stress, build strong relationships, and perform well in personal and professional settings.*

*Completed 7.5 hours of Educational Programming*



*Lori Chaffers*     November 13, 2025
Lori Chaffers, MSW
Outreach Executive Director

Jennifer Shoemaker
Criminal Justice and Reentry Program Manager

Outreach CENTER FOR COMMUNITY RESOURCES
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484